AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
**MIDDLE DISTRICT OF PENNSYLVANIA**

## JUDGMENT IN A CIVIL CASE

MARGARET CRAWFORD; WILLIAM CRAWFORD;
LARHONDA A. BATZEL; and JAMES F. MURPHY

                                                        CHIEF JUDGE
                                                        YVETTE KANE

                **v.**                                  CASE NUMBER: 1:05-CV-214

JEFFREY MILLER; STEVEN KREMPASKY; JAMES
BOCK; KIRBY CROFT; CHARLES STASKIEWICZ;
and ROBERT ERDELY

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against the Plaintiffs in this case.

**Date:** JANUARY 4, 2007                        **Mary E. D'Andrea, Clerk of Court**

                                                                       **(By) SHAWNA L. CIHAK, Deputy Clerk**